# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| JONATHAN NOE VAZQUEZ ALVARADO | ) Case No. 25-12362 KHT |
| *****8102 | ) |
| | ) Chapter 7 |
| | ) |
| | ) |
| *Debtor.* | ) |

## ORDER GRANTING MOTION TO DISMISS

**THIS COURT**, having reviewed Trustee's Motion to Dismiss Case (the "*Motion*") filed by Joli A. Lofstedt, Chapter 7 Trustee of the bankruptcy estate of Jonathan Noe Vazquez Alvarado, having shown good cause and being advised of the premise, it is hereby:

**ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED**, that the above-captioned Chapter 7 proceeding is **DISMISSED**.

Date: August 26, 2025.

BY THE COURT:

*[signature]*
The Honorable Kimberley H. Tyson
United States Bankruptcy Court Judge